UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUNDOWN ENERGY, LP                                         CIVIL ACTION

VERSUS                                                                    NO. 10-4354

STEVEN G. HALLER, ET AL                                   SECTION "K"(3)

## ORDER AND OPINION

Before the Court is the objection of defendants Steven G. Haller and Flash Gas & Oil, Southwest, Inc. to plaintiff Sundown Energy, L.P.'s Exhibits. No. 23, 30, 31, 33, 34, 36, and 38 on the basis that the exhibits are not relevant.  The Court suggests that defendants stipulate that there is a salt water injection well on the Haller Tract and that Mr. Haller began the process to obtain the necessary permits for a salt water disposal well in the late 1990s.  Such a stipulation would obviate the need to parse through each of the challenged exhibits to determine which, if any, of the exhibits is relevant.  The Court has observed the well in question and is aware that the parties have different opinions as to the relevance of that well to this litigation.

Not later than **March 1, 2012** at **4:00 p.m.**, counsel for defendants shall notify the Court whether defendants agree to enter into the suggested stipulation.  If counsel for defendants is unable to enter into the suggested stipulation, the Court will rule on defendants' objections to Plaintiff's Exhibits 23, 30, 31, 33, 34, and 38.

New Orleans, Louisiana, this 29th day of February, 2012.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE